AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

APR 3 0 2015

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| ANTHONY QUINTANA | ) | |
| Year of Birth: 1985 | ) | 15MJ1511 |
| SSAN: XXX-XX-9521 | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 7, 2015 _____ in the county of _____ Santa Fe _____ in the

_____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 2113(a) | Attempted Bank Robbery |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Russell S. Romero, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 30, 2015

_____
*Judge's signature*

**KAREN B. MOLZEN**
**U.S. MAGISTRATE JUDGE**
*Printed name and title*

City and state: _____ Albuquerque, New Mexico _____

In the United States District Court

District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| ANTHONY QUINTANA | ) |
| Year of Birth 1985 | ) |
| SSAN: XXX-XX-9521 | ) |

<u>AFFIDAVIT</u>

I, the undersigned, being duly sworn, hereby depose and state as follows:

1.  I, Russell Romero, am a Special Agent of the Federal Bureau of Investigation (FBI), and
    have been so employed for over eight years.  I am currently assigned to the Albuquerque
    Field Office to investigate violations of Federal law, Including Title 18, United States
    Code, Section 2113(a), Attempted Bank Robbery.  The information set forth in this
    affidavit has been derived from my own investigation or communicated to me by other
    sworn law enforcement officers.

2.  On 04/07/2015, at approximately 1:15pm, the Wells Fargo Bank, located at 545 West
    Cordova Road, Santa Fe, New Mexico, 87505, was robbed by an individual using
    intimidation and force.  This individual stated that he had a gun and demanded money
    from the bank's tellers.  Wells Fargo is a federally insured institution.  No loss was
    sustained.

3.  The aforementioned robbery was conducted by an Unknown Male (UM) described as
    being Caucasian or Hispanic in his 30's, approximately 5'8" to 5'10" tall, medium build,

1

approximately 180lbs, wearing glasses that dimmed in the sun, and a gray hooded sweatshirt. The hood on the sweatshirt was lifted and covered a portion of the robber's head. He had short, dark brown hair described as "shaved" or "buzzed," and stubble for facial hair.

4. During the robbery, the UM informed the victim teller, G.B., that he needed to make a withdrawal. When asked if he needed a withdrawal slip, the UM replied, "Give me all of your $100's; I want all of your money right now." He then told G.B., "I have a gun in my pocket; don't press no buttons." G.B. informed the UM that she needed her keys to open her drawer to get the money. G.B. had already pressed the distress button at her teller station.

5. G.B. then asked another bank employee, K.G., to come to her teller station. When K.G. arrived, the UM told her that he needed her to open G.B.'s drawer. K.G. told the UM that she needed to get her keys, which were in her hand, and left G.B and the UM alone while she walked downstairs to the drive thru area to push the panic button.

6. While G.B. and the UM waited for K.G., the UM left the bank and did not take any money. After the UM left the bank, he was observed running on Cordova Road towards St. Francis Drive.

7. On April 8, 2015, video surveillance footage from the robbery was released to the local media. On April 21, 2015, your affiant received information from the FBI Albuquerque Division Bank Robbery Coordinator, Special Agent Paul Wright, regarding the identity of the UM. Special Agent Wright advised that a Confidential Informant (CI1) reported that Anthony Quintana, who goes by the street name "Creeper," had robbed a bank in Santa Fe. CI1 believed that the robbery had occurred over the last couple of weeks, and advised that Anthony Quintana was in his late 20's. CI1 also advised that Anthony Quintana looked like the individual in the surveillance photographs released to the media.

8.  Special Agent Wright also informed your affiant that a second Confidential Informant (CI2) had also seen the surveillance photographs released to the media.  CI2 had agreed that Anthony Quintana was the robber in the photos.

9.  Your affiant relayed this information to Santa Fe Police Department (SFPD) Detective Justin Anaya.  Detective Anaya obtained a recent photograph of Anthony Quintana through the Santa Fe County Detention Center that was dated March 30, 2015.  Detective Anaya then reviewed surveillance from the incident, compared it to the recent photograph of Quintana, and observed multiple similarities.  A photo array was then generated.

10. On April 23, 2015, contact was made with the Wells Fargo Bank Manager, T.M., via telephone.  T.M. advised that G.B. was no longer employed with the bank.  Detective Anaya then made contact with teller R.R., who was identified as a witness to the attempted robbery.  R.R. advised Detective Anaya that she was next to G.B. during the time of the incident, and would be able to identify the UM if she saw him again.

11. On April 27, 2015, Detective Anaya made contact with teller R.R. at the Wells Fargo Bank.  R.R. was provided the photo array which consisted of six male individuals matching the description of Anthony Quintana.  R.R. reviewed the photo array and identified Anthony Quintana as the UM who attempted to rob the bank on April 7, 2015.

12. Based on the above, your affiant believes probable cause exists that Anthony Garcia, did, by force and violence, or by intimidation, attempt to take money from the Wells Fargo Bank, 545 West Cordova Road, Santa Fe, New Mexico, on April 7, 2015, in violation of 18 U.S.C. Section 2113.

I swear that this information is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Russell S. Romero
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this 30th day of April, 2015.

Honorable Karen B. Molzen
United States Magistrate Judge

4